In the Matter of BRYANT HUTCHERSON, Respondent, v ROCHESTER CITY SCHOOL DISTRICT, Appellant. [890 NYS2d 859]—

Present—Centra, J.P., Peradotto, Green and Pine, JJ.

 In the Matter of MICHAEL J. MONILE et al., Respondents, v NEW YORK STATE LIQUOR AUTHORITY DIVISION OF ALCOHOLIC BEVERAGE CONTROL, Appellant. [890 NYS2d 887]—

Present—Centra, J.P., Peradotto, Green and Pine, JJ.